# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable C. H. Cavness
State Auditor
Austin, Texas

Dear Mr. Cavness:                    Opinion No. O-5628

Re: What disposition should be
made of two notes aggregating
$375.00 dated in 1851 held in
the Escheat Estates Fund?

We have given careful consideration to your
letter of September 20, 1943, which reads as follows:

"In our present audit of the State
Treasury Department, we find that there
remains a balance of $375.00 in the 'Es-
cheated Estates Fund' representing two
promissory notes, photostatic copies of
which are attached hereto.

"In view of the fact that these
notes date back to the year 1851, they
appear worthless.

"We ask your opinion as to whether
the State Treasurer has the authority to
cancel these notes and clear this bal-
ance of $375.00 from the books of the
State Treasury Department. If he does
not, how can such clearance be made?"

Under the Escheat Law, as it existed in 1851,
it was specifically provided that, where any property
in Texas was in existence to which no person claimed an
interest, the District Attorney or County Attorney could
bring suit and have same escheated to the State, and pro-
vided that the judgment of the court should place the
title to said property in the State. We presume that the

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

two notes described in your letter were under said statutes decreed to be the property of the State of Texas.

The note for $275.00, a copy of which is attached to your letter, shows that it was dated February 12, 1851, and is payable to Thurman and Watson, and has a credit thereon of $150.00, of date February 13, 1851, and is signed by J. H. Stevens.

The note for $100.00 is dated April 8, 1851, and is payable to W. H. Diaderick, and has a credit of $95.00 thereon as of date February 20th, and is signed by L. I. H. Minnis.

These notes are more than eighty-eight years past due, and unquestionaly the signers to the notes have long since passed to their reward. However, there is no way for the account to be closed and same should be carried on the books.

Very truly yours

APPROVED OCT 1, 1940

*Groos Allen*

FIRST ASSISTANT
ATTORNEY GENERAL

ATTORNEY GENERAL OF TEXAS

*Geo. W. Barcus*

By

Geo. W. Barcus
Assistant

GWB-MR



APPROVED
OPINION
COMMITTEE
BY *BWB*
CHAIRMAN